1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ERIC NEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 11-00667 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING CHANGE OF PLEA |
| | ) | AND SENTENCING DATE; |
| | ) | EXCLUSION OF TIME |
| ERIC KAON NEAL, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case with respect to Eric Neal, currently scheduled for Friday, January 27, 2012, at 10:00 a.m., before Honorable Saundra Brown Armstrong, may be continued to Wednesday, February 8, 2012, at 10:00 a.m. for change of plea and sentencing. The reason for the requested continuance is that defense counsel will be in trial starting January 23, 2012, which is scheduled to continue through Friday, January 27, 2012.

*U S v. Eric Neal,* CR 11-00667 SBA;
Stip. Continuing Change of Plea & Sentencing         - 1 -

| | |
|---|---|
| 1 | IT IS FURTHER STIPULATED that the time between January 27, 2012, and February 8, |
| 2 | 2012, may be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ |
| 3 | 3161(h)(1)(G) and 3161(h)(7)(B)(iv) while the Court continues to consider the plea agreement |
| 4 5 | provided to it and for continuity of counsel so defense counsel can be present during the change of |
| 6 | plea and sentencing. |

IT IS FURTHER STIPULATED that the time between January 27, 2012, and February 8, 2012, may be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(B)(iv) while the Court continues to consider the plea agreement provided to it and for continuity of counsel so defense counsel can be present during the change of plea and sentencing.

Counsel has spoken to United States Probation Officer Catheryn Grier who has no objection to the requested continuance and is available on February 8, 2012, should the Court continue the change of plea and sentencing to that date.

DATED: 1/17/12          /s/
                        JOYCE LEAVITT
                        Assistant Federal Public Defender

DATED: 1/17/12          /s/
                        JAMES C. MANN
                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing in this case, with respect to Eric Neal, currently scheduled for Friday, January 27, 2012, at 10:00 a.m., before Honorable Saundra Brown Armstrong, is hereby continued to Wednesday, February 8, 2012, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time between January 27, 2012, and February 8, 2012, may be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(B)(iv) while the Court continues to consider the plea agreement provided to it and for continuity of counsel so defense counsel can be present during the change of plea and sentencing. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 1/19/12

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge